IN THE SUPREME COURT OF NORTH CAROLINA

No. 365A15

Filed 15 April 2016

ATLANTIC COAST PROPERTIES, INC., a Delaware Corporation,
Petitioner

v.

ANGERONA M. SAUNDERS and husband, ALGUSTUS O. SAUNDERS, JR., LUCY M. TILLETT, PATRICIA W. MOORE−PLEDGER, GENEVIVE M. GOODMAN, LYNETTE C. WINSLOW, and CARLTON RAY WINSLOW,
Respondents

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 777 S.E.2d 292 (2015), reversing and remanding an order entered on 29 May 2014 by Judge J. Carlton Cole in Superior Court, Currituck County. Heard in the Supreme Court on 21 March 2016.

*Hornthal, Riley, Ellis & Maland, LLP, by M. H. Hood Ellis, for petitioner-appellee.*

*Vandeventer Black LLP, by Norman W. Shearin, for respondent-appellants.*

PER CURIAM.

AFFIRMED.